IRVY MYERS, Respondent, v. NESTLE'S FOOD COMPANY, INC., Appellant.—

Order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Young and Kapper, JJ., concur.